**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Sachs,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | No. CV-24-01932-PHX-DWL<br><br>**ORDER** |

　　　　Plaintiff Kenneth Sachs appears to remain "distraught about a family court action that occurred in Maricopa County Superior Court and has filed [numerous] complaints—including this one—against individuals who were somehow involved in that family court decision." *Sachs v. Bergin*, 2022 WL 1747809, *1 (D. Ariz. 2022). This time, Sachs purports to appear, *pro se*, as the "next friend" of his daughter, Jane Doe. (Docs. 1, 9.) He cannot do so. *Complot v. JPMorgan Chase Bank*, 2023 WL 8234271, *3 (D. Ariz. 2023) ("[I]n an action in which the sole plaintiff is incapacitated and cannot proceed *pro se*, the plaintiff must be represented by competent counsel, or alternatively, the action must be dismissed without prejudice."). Moreover, the Court lacks jurisdiction over the asserted claims, which attack a state court judgment and are, at any rate, frivolous. *Sachs v. Sachs*, 2021 WL 3190728, *3 (D. Ariz. 2021) ("Where an action asserts an impermissible collateral attack, the court lacks subject matter jurisdiction to hear the action."); *Bergin*, 2022 WL 1747809 (dismissing for lack of subject-matter jurisdiction); *Sachs v. Branton*, 2023 WL 5346044, *1 (9th Cir. 2023) ("Sachs failed to allege facts sufficient to state a

plausible claim. . . . The district court did not abuse its discretion by denying further leave to amend because amendment would have been futile.").

Defendants have filed a motion asserting many grounds for dismissal, including lack of subject-matter jurisdiction. (Doc. 14.)  Subject-matter jurisdiction is a threshold determination, and therefore the Court dismisses on that basis, despite the likely merit of Defendants' other arguments.

Accordingly,

**IT IS ORDERED** that Defendants' motion to dismiss (Doc. 14) is **granted**. This action is dismissed for lack of subject-matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's motion to seal (Doc. 26) and motion to appoint counsel (Doc. 29) are **denied as moot**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment and terminate this action.

Dated this 18th day of October, 2024.

Dominic W. Lanza
United States District Judge